

Monday, May 22, 2017

No. 17–0312/AR. U.S. v. Thomas J. Watford. CCA 20150549. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0314/AR. U.S. v. Michael J. Rosadodejesus. CCA 20140087. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0254/AR. U.S. v. Michael D. Thompson. CCA 20140974. On consideration of Appellant's motion to file matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motion is hereby granted.